To: Judge Denis R. Hurley

From: Ronald D. Coleman

Date: 2/26/16

Re: Civil Action 2:15-cv-07284-AYS

This letter is in response to the conversation my sister Helen Coleman had with Ms. Stephanie Weiner Chernoff.

At this time I am physically challenged due to my severe right ankle fracture. I have recently had surgery and have been instructed to keep my leg immobilized as much as possible. I was informed that there will be a long recovery period. In approximately twelve weeks, I will undergo another surgery to remove a plate inserted to stabilize the ankle.

My resources at this time are extremely limited. I have been completely dependent on family and friends. Due to this injury and finances, I no longer have a vehicle on the road. Therefore transportation is a hardship. Unemployment has been suspended and disability benefits application cannot be filed until I have a medical follow up with the surgeon.

I respectfully request an extension by the court to appropriately address this matter.

Sincerely,
Ronald D. Coleman

Ronald Coleman
133 Graffing Pl
Freeport, NY 11520

United States District Court, Eastern Division
Attn: Judge Denis R. Hurley
10 Federal Plaza
Central Islip, New York 11722

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
MAR 03 2016
LONG ISLAND OFFICE