UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

               Plaintiff,

               -against-

RONALD D. COLEMAN, individually and as
executor of the Estate of Anna D. Coleman,
a/k/a Anna Dillard Coleman, SOPHIA
LAVERNE COLEMAN, HELEN RENAY
COLEMAN, a/k/a HELEN RENAY
MATTADEEN, CHERYL ANN COLEMAN,
NASSAU COUNTY TREASURER,
RAYMOND CALAME, TREASURER OF THE
INCORPORATED VILLAGE OF HEMPSTEAD,
HARVEY WEISMAN, SHANAY HOUSE,
NASSAU UNIVERSITY MEDICAL CENTER,
MIDLAND FUNDING LLC A/P/O TARGET
NATIONAL BANK, NEW YORK STATE
DEPARTMENT OF TAXATION AND
FINANCE, CHRISTIANA TRUST as custodian
for GSRAN-Z LLC,

               Defendants.
-----------------------------------------------------------X

**ORDER ADOPTING R & R**
15-CV-7284(DRH)(AYS)

      Presently before the Court is the Report and Recommendation, dated January 26, 2018, of Magistrate Judge Anne Y. Shields (DE 63) recommending that plaintiff's motion for a default judgment, pursuant to Rule 37 of the Federal Rules of Civil Procedure, against defendant Ronald Coleman be denied. The time to file objections has expired with no objections have been filed.

      Pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72, this Court has reviewed the Report and Recommendation for clear error, and finding none, now concurs in both its reasoning and its result. Accordingly, the Court adopts the January 26, 2018 Report and Recommendation of

Judge Shields (DE 63) as if set forth herein. Accordingly,

**IT IS HEREBY ORDERED** that the plaintiff's motion for a default judgment, pursuant to Rule 37 of the Federal Rules of Civil Procedure, against defendant Ronald Coleman is denied.

Dated: Central Islip, New York
February 20, 2018

/s/ Denis R. Hurley
Denis R. Hurley
United States District Judge