```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
UNITED STATES OF AMERICA,

                    Plaintiff,
                                                                    ORDER ADOPTING R & R
          -against-                                                 15-CV-7284(DRH)(AYS)

RONALD D. COLEMAN, individually and as
executor of the Estate of Anna D. Coleman,
a/k/a Anna Dillard Coleman, SOPHIA
LAVERNE COLEMAN, HELEN RENAY
COLEMAN, a/k/a HELEN RENAY
MATTADEEN, CHERYL ANN COLEMAN,
NASSAU COUNTY TREASURER,
RAYMOND CALAME, TREASURER OF THE
INCORPORATED VILLAGE OF HEMPSTEAD,
HARVEY WEISMAN, SHANAY HOUSE,
NASSAU UNIVERSITY MEDICAL CENTER,
MIDLAND FUNDING LLC A/P/O TARGET
NATIONAL BANK, NEW YORK STATE
DEPARTMENT OF TAXATION AND
FINANCE, CHRISTIANA TRUST as custodian
for GSRAN-Z LLC,

                    Defendants.
----------------------------------------------------------X
```

Presently before the Court is the Report and Recommendation, dated January 26, 2018, of Magistrate Judge Anne Y. Shields (DE 64) recommending that plaintiff's motion for a default judgment against defendants Sophia Laverne Coleman; Helen Renay Coleman; Cheryl Ann Coleman; the Nassau County Treasurer; Raymond Calame, Treasurer of the Incorporated Village of Hempstead; Shanay House; the Nassau University Medical Center; Midland Funding LLC A/P/O Target National Bank; and the New York State Department of Taxation and Finance (collectively "Lien Defendants") declaring that none of the Lien Defendants has any right, title, claim, lien, or interest in the real property located at 102-104 Lawson Street, Hempstead, New

York, be granted. The time to file objections has expired with no objections have been filed.

Pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72, this Court has reviewed the Report and Recommendation for clear error, and finding none, now concurs in both its reasoning and its result.  Accordingly, the Court adopts the January 26, 2018 Report and Recommendation of Judge Shields (DE 64) as if set forth herein.  Accordingly,

**IT IS HEREBY ORDERED** that the plaintiff's motion for a default judgment declaring that defendants Sophia Laverne Coleman; Helen Renay Coleman; Cheryl Ann Coleman; the Nassau County Treasurer; Raymond Calame, Treasurer of the Incorporated Village of Hempstead; Shanay House; the Nassau University Medical Center; Midland Funding LLC A/P/O Target National Bank; and the New York State Department of Taxation and Finance have no right, title, claim, lien, or interest in the real property located at 102-104 Lawson Street, Hempstead, New York, be granted. The Clerk of Court is directed to enter judgment accordingly.

Dated: Central Islip, New York
       February 20, 2018                             /s/  Denis R. Hurley
                                                     Denis R. Hurley
                                                     United States District Judge