UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
UNITED STATES OF AMERICA,         **ORDER ADOPTING REPORT AND RECOMMENDATION**

            Plaintiff,         15-CV-7284 (DRH)(AYS)

-against-

RONALD COLEMAN, as executor of the Estate
of Anna D. Coleman, a/k/a Anna Dillard Coleman
,
            Defendant.
---------------------------------------------------------X

      Presently before the Court is the Report and Recommendation of Magistrate Judge Anne Y. Shields, dated March 19, 2019, recommending that the Court grant the Government's motion for default judgment against Ronald D. Coleman, as executor of the Estate of Anna D. Coleman, be granted and that the Government be awarded the unpaid balance of the federal tax due and owing in the amount of $775,254.11 plus statutory additions, including interest, pursuant to 28 U.S.C. 1961(c) from August 27, 2018 through the date of judgment. More than fourteen (14) days have passed since service of the Report and Recommendation and no objections have been filed.

      Pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72, this Court has reviewed the Report and Recommendation for clear error, and finding none, now concurs in both its reasoning and its result. Accordingly, the Court adopts the March 19, 2019 Report and Recommendation of Judge Shields as if set forth herein.  Accordingly,

      **IT IS HEREBY ORDERED THAT** the Government's motion for default judgment against Ronald D. Coleman, as executor of the Estate of Anna D. Coleman, is granted and the Government is awarded the unpaid balance of the federal tax due and owing in the amount of

$775, 254.11 plus statutory additions, including interest, pursuant to 28 U.S.C. 1961(c) from August 27, 2018 through the date of judgment. The Clerk of Court is directed to enter judgment accordingly and to close this case.

**SO ORDERED.**

Dated: Central Islip, New York  
      April 9, 2019

      s/ Denis R. Hurley  
      Denis R. Hurley  
      United States District Judge